People ex rel. Chance v Maginley-Liddie (2025 NY Slip Op 06890)

People ex rel. Chance v Maginley-Liddie

2025 NY Slip Op 06890

Decided on December 10, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 10, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
LINDA CHRISTOPHER
BARRY E. WARHIT
ELENA GOLDBERG VELAZQUEZ JJ.

2025-14506 DECISION, ORDER & JUDGMENT

[*1]The People of the State of New York, ex rel. Tyasia Chance, etc., on behalf of Tyler Smith, petitioner,
vLynelle Maginley-Liddie, etc., respondent.

Brooklyn Defender Services, Brooklyn, NY (Tyasia Chance pro se of counsel), for petitioner.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Morgan J. Dennehy, and Michael McGee of counsel), for respondent.
Writ of habeas corpus in the nature of an application to release Tyler Smith upon his own recognizance or, in the alternative, to set reasonable bail upon Kings County Indictment No. 74778/2025.

ADJUDGED that the writ is sustained, without costs or disbursements, and Tyler Smith is released upon his own recognizance on condition that Tyler Smith shall (1) wear an electronic monitoring bracelet, with monitoring services to be provided by a qualified entity pursuant to CPL 510.40(4)(c), and any violations of the conditions set forth herein relating to the electronic monitoring shall be reported by the electronic monitoring service provider to the Office of the District Attorney of Kings County, and further proceedings pursuant to CPL 510.40(4)(d), if any, shall be conducted by the Supreme Court, Kings County; (2) remain confined to his residence, except for visits to his place of worship, his attorney, his doctors, court, including appearances for probation appointments or other proceedings in connection with the prior Family Court proceedings, or a program at Brooklyn Justice Initiatives, as set forth below, and must travel directly from his residence to his place of worship, his attorney, his doctors, court, including appearances for probation appointments or other proceedings in connection with the prior Family Court proceedings, or a program at Brooklyn Justice Initiatives, as set forth below, and directly back to his residence, when conducting those visits; (3) apply to an appropriate program with Brooklyn Justice Initiatives within 48 hours of his release from incarceration and, if accepted, participate in that program; (4) surrender all passports, if any, he may have to the Office of the District Attorney of Kings County, or, if he does not possess a passport, he shall provide to the Office of the District Attorney of Kings County an affidavit or affirmation, in a form approved by the Office of the District Attorney of Kings [*2]County, in which he attests that he does not possess a passport, and shall not apply for any new or replacement passports; and (5) provide to the Office of the District Attorney of Kings County an affidavit or affirmation, in a form approved by the Office of the District Attorney of Kings County, in which he attests that if he leaves the jurisdiction he agrees to waive the right to oppose extradition from any foreign jurisdiction; and it is further,
ORDERED that upon receipt of a copy of this decision, order and judgement together with proof that Tyler Smith (1) has arranged for electronic monitoring with a qualified entity pursuant to CPL 510.40(4)(c), (2) has surrendered all passports, if any, he may have to the Office of the District Attorney of Kings County, or, if he does not possess a passport, has provided to the Office of the District Attorney of Kings County an affidavit or affirmation, in a form approved by the Office of the District Attorney of Kings County, in which he attests that he does not possess a passport, and shall not apply for any new or replacement passports; and (3) has provided to the Office of the District Attorney of Kings County an affidavit or affirmation, in a form approved by the Office of the District Attorney of Kings County, in which he attests that if he leaves the jurisdiction he agrees to waive the right to oppose extradition from any foreign jurisdiction, the Warden of the facility at which Tyler Smith is incarcerated, or his or her agent, is directed to immediately release Tyler Smith from incarceration.
CONNOLLY, J.P., CHRISTOPHER, WARHIT and GOLDBERG VELAZQUEZ, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court